ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
TAMAR KOUYOUMJIAN (CA SBN 254148)
Assistant United States Attorney
 Room 7211, Federal Building
 300 North Los Angeles Street
 Los Angeles, California  90012
 Telephone:  (213) 894-7388
 Facsimile:  (213) 894-0115
 Email: tamar.kouyoumjian@usdoj.gov

Attorneys for United States of America



FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CV11-09109 ODW(Ex)

UNITED STATES OF AMERICA,       )  Case No.
                                )
                   Petitioner,  )  [PROPOSED] ORDER TO SHOW CAUSE
                                )
                                )
                                )
AARON LANDWORTH,                )
                                )
                   Respondent.  )
                                )

Upon the Petition and supporting Memorandum of Points and
Authorities, and the supporting Declaration to the Petition, the
Court finds that Petitioner has established its *prima facie* case
for judicial enforcement of the subject Internal Revenue Service
("IRS" and "Service") summons.  *See* United States v. Powell, 379
U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*
Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.
1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.
1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1

1   1995) (the Government's *prima facie* case is typically made

2   through the sworn declaration of the IRS agent who issued the

3   summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4   (9th cir. 1993).

5       **THEREFORE, IT IS ORDERED** that Respondent appear before this

6   District Court of the United States for the Central District of

7   California in Courtroom No. ___11___,

8   _X_   United States Courthouse
          312 North Spring Street,
9         Los Angeles, California 90012

10

11  ____   Roybal Federal Building and United States Courthouse
           255 E. Temple Street,
12         Los Angeles, California 90012

13

14  ____   Ronald Reagan Federal Building and United States Courthouse
           411 West Fourth Street,
15         Santa Ana, California 92701

16

17  ____   Brown Federal Building and United States Courthouse
           3470 Twelfth Street, Riverside, California 92501
18

19  on **December 12, 2011**, at 10:00 a.m.

20  and show cause why the testimony and production of books, papers,

21  records and other data demanded in the subject Internal Revenue

22  Service summons should not be compelled.

23       **IT IS FURTHER ORDERED** that copies of this Order, the

24  Petition, Memorandum of Points and Authorities, and accompanying

25  Declaration be served promptly upon Respondent by any employee of

26  the Internal Revenue Service or by the United States Attorney's

27  Office, by personal delivery, or by leaving copies of each of the

28  foregoing documents at the Respondent's dwelling or usual place

2

of abode with someone of suitable age and discretion who resides there, or by certified mail.

   **IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1     **IT IS FURTHER ORDERED** that all motions and issues raised by

2 the pleadings will be considered on the return date of this

3 Order.  Only those issues raised by motion or brought into

4 controversy by the responsive pleadings and supported by sworn

5 statements filed within ten (10) days after service of the herein

6 described documents will be considered by the Court.  All

7 allegations in the Petition not contested by such responsive

8 pleadings or by sworn statements will be deemed admitted.

9

10 DATED: *11-7-2011*

                    United States District Judge

11

12 Presented By:

13 ANDRÉ BIROTTE JR.
    United States Attorney

14 SANDRA R. BROWN
    Assistant United States Attorney

15 Chief, Tax Division

16

17

    TAMAR KOUYOUMJIAN

18 Assistant United States Attorney
    Attorneys for United States of America

19 Petitioner

20

21

22

23

24

25

26

27

28